**ZEST IP HOLDINGS, LLC, Zest Anchors, LLC, Plaintiffs–Appellees**

v.

**IMPLANT DIRECT MFG. LLC, DBA Implant Direct, LLC, Implant Direct Int'l, Defendants–Appellants**

**Implant Direct Sybron International, Implant Direct Sybron Manufacturing LLC, Defendants–Appellees**

**2015–1927**

United States Court of Appeals, Federal Circuit.

July 11, 2016

LISA M. FERRI, Mayer Brown, LLP, New York, NY, argued for plaintiffs-appellees. Also represented by MANUEL JOSE VELEZ; PAUL WHITFIELD HUGHES, Washington, DC.

MICHAEL HUREY, Kleinberg & Lerner, LLP, Los Angeles, CA, argued for defendants-appellants.

CHRISTOPHER MEAD, London & Mead, Washington, DC, argued for defendants-appellees.

(Newman, Schall, and Taranto, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**